UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL FOUST,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>A. OGBOONA,<br><br>　　　　　　Defendant. | No.  2:20-cv-2229-JAM-EFB P<br><br><br>ORDER |

　　　This civil rights action was closed on May 21, 2021.  ECF No. 41.  On December 3, 2021, plaintiff filed a letter with the court.  ECF No. 47.  The court takes no action on plaintiff's filing as this case is now closed.  Plaintiff is hereby informed that the court will not respond to future filings in this action that are not authorized by the Federal Rules of Civil Procedure or the Federal Rules of Appellate Procedure.

　　　So ordered.

Dated:  December 10, 2021.

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE